United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    KUANG-BAO P OU-YOUNG,                      Case No.  23-mc-80051-HSG

8            Plaintiff,

     v.                                         **ORDER OF RECUSAL**
9

10   COUNTY OF SANTA CLARA, et al.,

11           Defendants.

12

13        TO ALL PARTIES AND COUNSEL OF RECORD:

14        I, the undersigned judge of the court, finding myself disqualified in the above-entitled

15   action, hereby recuse myself from this case and request that the case be reassigned pursuant to the

16   Assignment Plan.  Having reviewed the complaint, one of the defendants in this action is the

17   undersigned's former law clerk.

18        **IT IS SO ORDERED.**

19   Dated:   2/27/2023

20                                              _____
                                                HAYWOOD S. GILLIAM, JR.
21                                              United States District Judge

22

23

24

25

26

27

28